BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

ANNA TRYON PLETCHER
TAI S. MILDER
RICHARD B. COHEN
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-11-0039 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | |
| YAMA MARIFAT, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Marifat is scheduled for a Status Conference regarding Judgment and Sentencing on October 28, 2011. However, he may be called as a witness at the trial of several co-conspirators. As such, the government will not be able to fully determine its sentencing recommendation until such trial.

Per agreement with the government and defense counsel, it is

1

respectfully requested that the status conference currently set for October 28, 2011, at 10:00 a.m. be continued to January 27, 2012. The United States Probation Office is in accord with this approach.

It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

Dated: October 25, 2011 Respectfully Submitted,

Benjamin B. Wagner
United States Attorney

By: s/Russell Carlberg*
RUSSELL L. CARLBERG
Assistant U.S. Attorney

Sharis A. Pozen
Acting Assistant Attorney General

By: s/Anna Pletcher
ANNA TRYON PLETCHER
TAI S. MILDER
RICHARD B. COHEN
Trial Attorneys
U.S. Department of Justice
Antitrust Division

By: s/Richard Tamor*
RICHARD TAMOR
Counsel for Defendant

*Signed with permission.

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | For the reasons stated above, the Court reschedules the status |
| 3 | conference regarding judgment and sentence to January 27, 2012. |
| 4 | DATED: October 25, 2011 |
| 5 | IT IS SO ORDERED on October 25, 2011 |
| 6 | |
| 7 | /s/ Edward J. Garcia |
| 8 | EDWARD J. GARCIA |
| 9 | UNITED STATES DISTRICT JUDGE |