BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

ANNA TRYON PLETCHER
TAI S. MILDER
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-11-0039 EJG |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| YAMA MARIFAT, ) | |
| Defendant. ) | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

On December 15, 2011, the Court issued an order relating Mr. Marifat's case to United States v. Chandler, et al., Cr. No. S-11-511 EJG. Related Case Order, Dkt. 31. The five defendants charged in United States v. Chandler, Wiley C. Chandler, Andrew B. Katakis, Donald M. Parker, Anthony B. Joaquim, and W. Theodore Longley, are set to appear before the Court on January 27, 2012.

Mr. Marifat is also presently scheduled to appear on January

1

27, 2012 for a Status Conference regarding Judgment and Sentencing. Mr. Marifat, however, may be called as a witness at the trial of the defendants in United States v. Chandler. As such, the government will not be able to fully determine its sentencing recommendation until such trial.

Per agreement with the government and defense counsel, it is respectfully requested that the status conference currently set for January 27, 2012, at 10:00 a.m. be continued to April 27, 2012. The United States Probation Office is in accord with this approach. It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

Dated: January 12, 2012       Respectfully Submitted,

                                         Benjamin B. Wagner
                                         United States Attorney

                           By: _s/Russell Carlberg*_
                                         RUSSELL L. CARLBERG
                                         Assistant U.S. Attorney

                                         Sharis A. Pozen
                                         Acting Assistant Attorney General

                           By: _s/Anna Pletcher_
                                         ANNA TRYON PLETCHER
                                         TAI S. MILDER
                                         Trial Attorneys
                                         Antitrust Division

                                         _s/Richard Tamor*_
                           By: RICHARD TAMOR
                                         Counsel for Defendant

*Signed with permission.

ORDER

For the reasons stated above, the Court reschedules the status conference regarding judgment and sentence to April 27, 2012.

DATED: January 13, 2012

IT IS SO ORDERED.

/s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE