BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

ANNA TRYON PLETCHER
TAI S. MILDER
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

FILED

AUG 0 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-11-0039 EJG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| YAMA MARIFAT, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Marifat is currently on the Court's calendar for a status conference on August 3, 2012. Mr. Marifat, however, may be called as a witness at the trial of several co-conspirators. In this related case, United States v. Katakis, et al., Cr. No. S-11-511 EJG, four defendants, Andrew B. Katakis, Donald M. Parker, Anthony B. Joachim, and W. Theodore Longley, are on the Court's calendar for

1

a status conference on September 7, 2012.

The government will not be able to fully determine its sentencing recommendation for Mr. Marifat until after a trial in the related case. Therefore, per agreement with defense counsel, it is respectfully requested that the status conference for Mr. Marifat that is currently set for August 3, 2012 be continued to November 9, 2012 at 10:00 a.m. The United States Probation Office is in accord with this approach. It is anticipated that at that time, the parties will be in a better position to request a judgment and sentencing date and disclosure schedule for the presentence report.

Dated: August 1, 2012                    Respectfully Submitted,

                                         Benjamin B. Wagner
                                         United States Attorney

                                   By:   s/Russell Carlberg*
                                         RUSSELL L. CARLBERG
                                         Assistant U.S. Attorney


                                         Joseph F. Wayland
                                         Acting Assistant Attorney
                                         General

                                   By:   s/Anna Pletcher
                                         ANNA TRYON PLETCHER
                                         TAI S. MILDER
                                         Trial Attorneys
                                         U.S. Department of Justice
                                         Antitrust Division


                                   By:   s/Richard Tamor*
                                         RICHARD TAMOR
*Signed with permission                  Counsel for Defendant

ORDER

For the reasons stated above, the Court continues the status conference regarding judgment and sentencing for defendant Yama Marifat to November 9, 2012 at 10:00 a.m.

IT IS SO FOUND AND ORDERED this 1st day of August, 2012.

EDWARD J. GARCIA
UNITED STATES SENIOR DISTRICT JUDGE